IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00037-PAB-BNB

DENA M. CANNON,
SUZANNE BOLDEN,
SERGIO ALCALA,
TERI NELSON, and
JULIANA VAN TUIL, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

TIME WARNER BY CABLE LLC,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant Time Warner NY Cable LLC's Motion to Amend The Scheduling Order** [docket no. 8, filed March 13, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for April 2, 2014, is **vacated and reset to April 29, 2014, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **April 22, 2014**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).

DATED:  March 14, 2014