IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00037-PAB-BNB

DENA M. CANNON, SUZANNE BOLDEN, SERGIO ALCALA, TERI NELSON, and JULIANA VAN TUIL, on behalf of themselves and others similarly situated,

    Plaintiff(s),

v.

TIME WARNER NY CABLE LLC

    Defendant(s).
_____

## ENTRY OF APPEARANCE
_____

Josh A. Marks of the law firm of Berg Hill Greenleaf & Ruscitti LLP hereby enters his appearance as counsel for the Defendant Time Warner NY Cable LLC in the above-captioned matter.

Respectfully submitted this 17th day of March, 2014.

                                  BERG HILL GREENLEAF & RUSCITTI LLP

                                  *s/ Josh A. Marks*

                                  _____
                                  Josh A. Marks
                                  1712 Pearl Street
                                  Boulder, CO  80302
                                  Phone:  (303) 402-1600
                                  Fax:  (303) 402-1601
                                  Email:  jam@bhgrlaw.com

                                  *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 17th day of March, 2014, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses:

Walker G. Harman, Jr.
The Harman Firm, P.C.
1776 Broadway, Suite 2030
New York, NY 10019
wharman@theharmanfirm.cm

*s/ Cheryl Stasiak*
_____
Cheryl Stasiak

2