IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00037-PAB-BNB

DENA M. CANNON,
SUZANNE BOLDEN,
SERGIO ALCALA,
TERI NELSON, and
JULIANA VAN TUIL, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

TIME WARNER BY CABLE LLC,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Unopposed Motion to Appear by Telephone at Scheduling Conference** [docket no. 15, filed April 8, 2014] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED and plaintiff's counsel may appear telephonically at the Scheduling/Planning conference set for **April 29, 2014, at 9:00 a.m., Mountain Daylight Time**, by calling Chambers at **303-844-6408**.  If out-of-state defense counsel wishes to appear telephonically as well, they may.  However, they must coordinate with plaintiff's counsel for a conference call and have only ONE call between them coming into Chambers.


DATED:  April 9, 2014