IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00037-PAB-BNB

DENA M. CANNON,
SUZANNE BOLDEN,
SERGIO ALCALA,
TERI NELSON, and
JULIANA VAN TUIL, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

TIME WARNER BY CABLE LLC,

Defendant.

_____

## ORDER
_____

This matter arises on the **Joint Motion to Stay Discovery** [Doc. # 21, filed 4/21/2014] (the "Motion to Stay"), which seeks an order staying discovery until the defendant's Motion to Strike Class Allegations is decided. I considered the Motion to Stay at the scheduling conference held this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Stay [Doc. # 21] is DENIED.

Dated April 29, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge